UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                           Hon. Jane M. Beckering

v.

                                         Case No. 1:25-cr-00117

JENNIFER WEBER,

     Defendant.
_____/

**ORDER**

Defendant appeared before me on August 18, 2025, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of her rights, including those attendant to a detention hearing, defendant waived his right to the hearing.  I find that her waiver was knowingly and voluntarily entered.

Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on August 18, 2025.

                                              /s/ Phillip J. Green
                                            Phillip J. Green
                                            United States Magistrate Judge