UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                          Hon. Jane M. Beckering

v.

                                          Case No. 1:25-cr-00117

JENNIFER WEBER,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on May 14, 2026, after receiving the written consent of defendant and all counsel.   There is no plea agreement.  At the hearing, defendant Jennifer Weber, entered a plea of guilty to counts 1 and 2 of the Superseding Indictment.  In count 1 of the  Superseding Indictment, defendant is charged with conspiracy to distribute and possess with intent to distribute 400 grams or more of a mixture containing a detectable of fentanyl, in violation of 21 U.S.C. §§ 846 and 841(a)(1).  In count 2 of the Superseding Indictment, defendant is charged with possession with intent to distribute 400 grams or more of a mixture containing a detectable of fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and 802(58).

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made

voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to counts 1 and 2 of the Superseding Indictment be accepted, that the court adjudicate defendant guilty. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date: May 15, 2026                    /s/ Phillip J. Green
                                      PHILLIP J. GREEN
                                      United States Magistrate Judge

### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after service of this report and recommendation.  *See* W.D. MICH. L.CR.R. 11.1(d).